UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5608-CAS(JCx) | | Date | July 25, 2008 |
|---|---|---|---|---|
| Title | *AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY v. NING WU; ET AL. (AND RELATED CROSS ACTION)* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) EXTENSION ON ORDER TO SHOW CAUSE**

The Court is in receipt of Plaintiff's Response to Court's Order To Show Cause Re: Dismissal filed July 25, 2008. Upon the Court's review of plaintiff's response, the Court grants plaintiff's request for an extension of time to serve the Complaint on defendants NING WU; BIN WU; and JUN WU. The Court also extends the time to serve the Crossclaim on cross-defendants NING WU; BIN WU; and JUN WU. Therefore,

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **October 15, 2008** why this action should not be dismissed for lack of prosecution **as to defendants NING WU; BIN WU; and JUN WU, only;**

**IT IS FURTHER ORDERED THAT CROSS CLAIMANT** show cause in writing not later than **October 15, 2008** why this action should not be dismissed for lack of prosecution **as to cross defendants NING WU; BIN WU; and JUN WU**;

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) A proof of service of summons and complaint on **defendants NING WU; BIN WU; and JUN WU**; and

///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5608-CAS(JCx) | Date | July 25, 2008 |
|---|---|---|---|
| Title | *AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY v. NING WU; ET AL. (AND RELATED CROSS ACTION)* | | |

///

Cross Claimant is advised that the Court will consider the following:

1) A proof of service of summons on crossclaim and crossclaim on **cross-defendants NING WU; BIN WU; and JUN WU**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |