LAW OFFICES OF DOUGLAS G. INGRAHAM
Douglas G. Ingraham, Esq. (State Bar No. 195755)
723 Ocean Front Walk
Venice, California  90291
Tel.: (310) 663-1956

Attorney for Defendants / Cross-Claimants
NING WU, BIN WU and JUN WU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>           Plaintiff,<br>     vs.<br><br>NING WU, BIN WU, JUN WU, SHIN P. YANG dba THE LAW OFFICES OF SHIN P. YANG, and DOES 1-50,<br><br>           Defendants /<br>           Counter-Claimants<br><br>And related Cross-Claims | Case No.: CVO7-05608 CAS (JCx)<br><br>**[PROPOSED] ORDER RE: MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT / CROSS-CLAIMANT BIN WU.**<br><br>DATE:   Monday, September 28, 2009<br>TIME:    10:00 a.m.<br>COURTROOM:   5<br><br>The Honorable Christina A. Snyder<br><br>**Supporting Documents:**<br>  1.  Notice of Motion;<br>  2.  Memorandum of Points and Authorities;<br>  3.  Declaration of Bin Wu; and<br>  4.  Declaration of Douglas G. Ingraham |

[PROPOSED] ORDER RE: MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST BIN WU

-1-

USDC CACD No. CVO7-05608 CAS (JCx)

-2-

The motion of defendant / cross-claimant Bin Wu for an order setting aside the default judgment entered against him on September 11, 2008, came on regularly for hearing before this Court on Monday, September 28, 2009.  Douglas G. Ingraham appeared on behalf of defendants / cross-claimants Bin Wu, Ning Wu and Jun Wu.  Frank Carleo appeared on behalf of defandant / cross-claimant Shin P. Yang.

Having considered all papers filed in support of and in opposition to the motion, the arguments of counsel at the hearing on the motion, and all pleadings and evidence filed in this action:

**IT IS HEREBY ORDERED AS FOLLOWS:**

Defendant / cross-claimant Bin Wu's motion to set aside the default judgment entered against him on September 11, 2008 is GRANTED.

The Court makes further Order as the following:

Dated: _____        By: _____
                                     Honorable Christina A. Snyder
                                     United States District Court Judge

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of eighteen (18) and a resident of the State of California, and I am not a party to this action. My business address is:

>The Law Offices of Douglas G. Ingraham
>723 Ocean Front Walk
>Venice, California  90291

On September 1, 2009, I served the foregoing document described as [PROPOSED] ORDER RE: MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT / CROSS-CLAIMANT BIN WU on the interested parties in this action by first-class, prepaid U.S. postal service to:

>The Law Office of Frank Carleo
>110 W. Las Tunas Drive, Suite F
>San Gabriel, California  91776

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed at Los Angeles, California on September 1, 2009.

Signed:   __[signed electronically]_____
            Douglas G. Ingraham, Esq.