Frank Carleo (#065390)
110 West Las Tunas Drive, Ste. F
San Gabriel, CA 91776
Tel: 626-451-0882
Fax: 626-451-6766

Attorneys for Counter-claimant Shin P. Yang

UNITED STATES DISTRICT COURT

For the Central District of California

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NING WU, BIN WU, JUN WU, SHIN P. YANG dba THE LAW OFFICES OF SHIN P. YANG,<br><br>Defendants & counter-claimants. | Case No.: CV07-05608 CAS (JCx)<br><br>OPPOSITION TO MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT/COUNTER-CLAIMANT BIN WU; *EVIDENTIARY OBJECTIONS TO THE DECLARATIONS OF BIN WU AND DOUGLAS G. INGRAHAM.*<br><br>DATE: Monday,<br>TIME: 28 Sept. 2009<br>COURTROOM: 5<br><br>The Hon. Christina A. Snyder |

- 1 -

SHIN P. YANG'S EVIDENTIARY OBJECTIONS TO THE
DECLARATIONS OF BIN WU AND DOUGLAS INGRAHAM

**EVIDENTIARY OBJECTIONS TO THE DECLARATION OF DOUGLAS G. INGRAHAM.**

**Evidentiary Objection No. 1:**

Pg. 2, para. 4: "He told me that he would discuss the matter with his client and get back to me."

Objection: hearsay. Federal Rules of Evidence, Rule 801(C). The only logical purpose for the movants to include the statement is for the truth of the words. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 1:

Sustain Objection: _____

Overrule objection: _____

**Evidentiary Objection No. 2:**

Pg. 2, para. 5: "He stated he would get back to me early the following week."

Objection: hearsay. Federal Rules of Evidence, Rule: 801(c). The only logical purpose for the statement is for the truth of the words. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 2:

Sustain Objection: _____

Overrule objection: _____

**Evidentiary Objection No. 3:**

Pg. 2, para. 6: "I received no response from Mr. Carleo throughout the rest of the month of February 2009."

1     Objection: Irrelevance: _____ Federal Rules of Evidence, Rule: \_\_\_\_\_;
2 hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the
3 statement is for the truth of what is asserts. This is "black letter" hearsay.
4     Court's Ruling on Shin P. Yang's Evidentiary Objection No. 3:
5     Sustain Objection: _____
6     Overrule objection: _____

7

8 **Evidentiary Objection No. 4:**
9     Pg. 2, para. 7: "He stated that, because he had a crazy client, he needed some
10 time to get back to me on this issue."
11     Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay. <u>Federal</u>
12 <u>Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the
13 truth of what is asserts. This is "black letter" hearsay.
14     Court's Ruling on Shin P. Yang's Evidentiary Objection No. 4:
15     Sustain Objection: _____
16     Overrule objection: _____

17

18 **Evidentiary Objection No. 5:**
19     Pg. 2, para. 8: "(H)e could not address the issue because of the men's college
20 basketball tournament that was taking place that weekend but that he would get back to
21 me on the following Monday. He never did."
22     Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay. <u>Federal</u>
23 <u>Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the
24 truth of what is asserts. This is "black letter" hearsay.
25     Court's Ruling on Shin P. Yang's Evidentiary Objection No. 5:
26     Sustain Objection: _____

27

28

SHIN P. YANG'S EVIDENTIARY OBJECTIONS TO THE
DECLARATIONS OF BIN WU AND DOUGLAS INGRAHAM

Overrule objection: _____

**Evidentiary Objection No. 6**:

Pg. 2, para. 9: "(I) was provided the same response, that the men's basketball tournament was in full swing and that he could not address the issue at this time."

Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the truth of what is asserts. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 6:

Sustain Objection: _____

Overrule objection: _____

**Evidentiary Objection No. 7**:

Pg. 2, para. 10: "(I) was told by him that he would have to get back to me on this."

Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the truth of what is asserts. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 7:

Sustain Objection: _____

Overrule objection: _____

**Evidentiary Objection No. 8**:

Pg. 3, para. 11: On that last occasion, Mr. Carleo stated that he would get back to me by 02:00 p.m. He never did."

- 4 -

Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the truth of what is asserts. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 8:

Sustain Objection: _____

Overrule objection: _____

**Evidentiary Objection No. 9:**

Pg. 3, para. 12: "(H)e was again non-committal."

Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the truth of what is asserts. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 9:

Sustain Objection: _____

Overrule objection: _____

**Evidentiary Objection No. 10:**

Pg. 3, para. 13: "Mr. Yang asked the purpose of the question and when informed by Mr. Carleo stated to me that I should 'do what I needed to do'."

Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay; double hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the truth of what is asserts. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 10:

Sustain Objection: _____

Overrule objection: _____

# EVIDENTIARY OBJECTIONS TO THE DECLARATION OF BIN WU.

**Evidentiary Objection No. 11:**

Pg. 2, para. 8, line 27: "Frank Carleo did not discuss the matter with me…"

Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay; double hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the truth of what is asserts. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 11:

Sustain Objection: _____

Overrule objection: _____

**Evidentiary Objection No. 12:**

Pg. 2, line 24: "I was not told that I was being served with legal papers."

Objection: Irrelevance: <u>Federal Rules of Evidence, Rule</u>: 402; hearsay; double hearsay. <u>Federal Rules of Evidence, Rule</u>: 801(c). The only logical purpose for the statement is for the truth of what is asserts. This is "black letter" hearsay.

Court's Ruling on Shin P. Yang's Evidentiary Objection No. 11:

Sustain Objection: _____

Overrule objection: _____

U.S. DISTRICT COURT OF CALIFORNIA

**DECLARATION OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGLES:

I am employed in the county aforesaid; I am over age of eighteen years and not a party to the within entitled action; my business address is: 110 W. Las Tunas Dr., Ste. F, San Gabriel, CA. 91776

On September 15, 2009 I served the within

**Counter Claimant Shin P. Yang's Opposition Memorandum of Points and Authorities to Bin Wu's Motion to Set Aside Default; Declaration of Frank Carleo, and Evidentiary Objections to the Declaration of Bin Wu and Douglas G. Ingraham**

On the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as follow:

> Douglas G. Ingraham, Esq.
> 723 Ocean Front Walk
> Venice, CA 90291

[ X ]   (BY MAIL) I placed each such envelope, with postage thereon fully repaid for first-class mail, in the United States Postal Office for mailing at Los Angeles, California.

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the address.

[ X ]   (BY FACSIMILE) I served such document(s) by fax number provided by each of the parties in this litigation at San Gabriel, California. I received a confirmation sheet indicating said fax was transmitted completely.

I declare under the penalty of perjury, under the law of the United States of America, that the above true and correct. Executed on September 15, 2009 at Los Angeles, California.

_____

Helen Yang