**FILED**

UNITED STATES COURT OF APPEALS

DEC 22 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br>and ,<br><br>BIN WU; JUN WU; NING WU,<br><br>Defendants-cross-defendants - Appellees,<br><br>v.<br><br>SHIN P. YANG, DBA The Law Offices of Shin P Yang,<br><br>Defendant-cross-claimant - Appellant. | No. 10-55171<br><br>D.C. No. 2:07-cv-05608-CAS-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER<br><br> |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, this case is ordered submitted on the briefs and record without oral argument on Thursday, February 9, 2012, in Pasadena, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk