UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 07 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY,

    Plaintiff,

and

BIN WU; et al.,

    Defendants-cross-defendants - Appellees,

  v.

SHIN P. YANG, DBA The Law Offices of Shin P Yang,

    Defendant-cross-claimant - Appellant.

No. 10-55171

D.C. No. 2:07-cv-05608-CAS-JC
U.S. District Court for Central California, Los Angeles

**MANDATE**



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR -7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The judgment of this Court, entered February 14, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:
                Molly C. Dwyer
                Clerk of Court

                Lee-Ann Collins
                Deputy Clerk

**FILED**

FEB 14 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Plaintiff, <br> and, <br><br> BIN WU; JUN WU; NING WU, <br><br> Defendants-cross-defendants - Appellees, <br><br> v. <br><br> SHIN P. YANG, DBA The Law Offices of Shin P. Yang, <br><br> Defendant-cross-claimant - Appellant. | No. 10-55171 <br><br> D.C. No. 2:07-cv-05608-CAS-JC <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
Christina A. Snyder, District Judge, Presiding

---

\*   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted February 9, 2012[**]
Pasadena, California

Before: D.W. NELSON, O'SCANNLAIN, and N.R. SMITH, Circuit Judges.

Shin P. Yang appeals the district court's denial of attorneys' fees on a theory of quantum meruit. The district court found that Yang's clients were not unjustly enriched. This factual determination was not clearly erroneous. *Husain v. Olympic Airways*, 316 F.3d 829, 835 (9th Cir. 2002).

**AFFIRMED.**

---

[**]   The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

2